Harvey M. Moore   SBN 101128
Ray Mahdavi SBN 247178
The Moore Law Group, APC
3710 S. Susan Street, Suite 210
Santa Ana, CA 92704
(714) 431-2000

Attorneys for Cross-Defendant,
FIA Card Services N.A.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FIA CARD SERVICES N.A., <br><br> Plaintiff, <br><br> vs. <br><br> BARBARA A. ALMAGUER, and DOES 1 through 5, inclusive, <br><br> Defendants. <br>------------------------------------------------<br> AND RELATED CROSS-COMPLAINT | Case No. ED CV 10-01263 JST (FFMx) <br><br> **ORDER PURSUANT TO STIPULATION TO REMAND CASE TO STATE COURT** <br><br> Honorable Josephine Staton Tucker |

1

Based upon the Stipulation for Order to Remand Case to State Court executed by the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order to remand this matter back to the Superior Court of California, County of Riverside, Hemet Court, is hereby GRANTED. (Case No. HEC 10002579)

DATED: November 9, 2010

JOSEPHINE STATON TUCKER
Honorable Josephine Staton Tucker